400 A.2d 618

Charles Hill, Appellant, v. Clevenger et al.

Petition For Allowance of Appeal Granted July 31, 1979.

Argued December 4, 1978. Steven E. Myers, for appellant; Jonathan Wheeler, for appellee Frances A. Clevenger; no appearance entered nor brief filed for appellees, Richard A. Hefelfinger and Keyser-Miller Ford, Inc.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.